AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

YOLANDA BRADFORD, individually, and on behalf of all others similarly situated

*Plaintiff(s)*

v.

Civil Action No. 4:24-cv-00745

ZEELOOL INC.

*Defendant(s)*

**SERVED**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ZEELOOL INC.
C/O CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Nathan Ochsner, Clerk of Court

Date: April 18, 2024

s/ Daniel Berger
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-00745

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Yolanda Bradford v Zeelool, Inc.
was received by me on *(date)* 04/19/2024

☐ I personally served the summons on the individual at *(place)* 251 Little Falls Drive, Wilmington, DE 19808 on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Corporation Service Company, Name Refused, who is designated by law to accept service of process on behalf of *(name of organization)* Per Policy Zeelool, Inc. on *(date)* 04/25/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: April 30, 2024

_____
*Server's signature*

**Chris Lattmann, Process Server**
*Printed name and title*

76254

LawServe LLC, 123 South 22nd Street Philadelphia, PA 19103
*Server's address*

Additional information regarding attempted service, etc: Documents (SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, DEMAND FOR JURY TRIAL, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES, PROPOSED SCHEDULING ORDER) were served/attempted at: c/o Corporation Service Company 251 Little Falls Drive, Wilmington, DE 19808

**Notes:**